## HAYES v. TOWN OF WAYNESVILLE

No. 219P93

Case below: 109 N.C.App. 696

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 18 October 1993.

## HEDRICK v. NATIONWIDE MUT. FIRE INS. CO.

No. 389P93

Case below: 111 N.C.App. 690

Petition by defendant (Nationwide) for discretionary review pursuant to G.S. 7A-31 denied 4 November 1993.

## HODGE v. ADAM'S MARK HOTEL

No. 162P93

Case below: 109 N.C.App. 134

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 October 1993.

## IN RE COLEY

No. 338A93

Case below: 111 N.C.App. 451

Motion by Attorney General to dismiss respondent's appeal for lack of substantial constitutional question allowed 7 October 1993.

## IN RE HAYES

No. 336A93

Case below: 111 N.C.App. 384

Motion by Attorney General to dismiss respondent's appeal for lack of substantial constitutional question allowed 7 October 1993.